UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES SLAVIK, CARLY DEMBECK, and JOSH FOUNTAIN, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>AUTHOR SOLUTIONS, INC., AUTHORHOUSE, INC., iUNIVERSE, INC., XLIBRIS, CORP., TRAFFORD PUBLISHING, INC., and WORDCLAY, INC.,<br><br>        Defendants. | Court File No.: 1:10-cv-0257 TAB-TWP |

### ORDER APPROVING JOINT STIPULATION OF SETTLEMENT AND DISMISSING PLAINTIFFS' CLAIMS

The Court, for good cause shown, enters the following Order:

1. The Parties' Joint Motion for Final Approval of the Settlement is **GRANTED** and hereby incorporated by reference as part of the Court's Order;

2. The claims of the thirty-nine Plaintiffs who accepted the settlement offer are **DISMISSED WITH PREJUDICE**;

3. The claims of non-responding Plaintiff Kari Stevenson are **DISMISSED WITHOUT PREJUDICE**; and

4. The parties will bear costs and fees in accordance with the terms of the Joint Stipulation.

Dated: 12/20/2010

                                                                _____
                                                                Tim A. Baker
                                                                United States Magistrate Judge
                                                                Southern District of Indiana

Copies to:

Michele R. Fisher
NICHOLS KASTER & ANDERSON PLLP
fisher@nka.com

Paul Joseph Lukas
NICHOLS KASTER & ANDERSON PLLP
lukas@nka.com

Rebekah L. Bailey
NICHOLAS KASTER, PLLP
bailey@nka.com

Edward E. Hollis
BAKER & DANIELS - Indianapolis
eehollis@bakerd.com

Margit E. Anderson
MORGAN LEWIS & BOCKIUS, LLP
margit.anderson@morganlewis.com

Thomas F. Hurka
MORGAN LEWIS & BOCKIUS
thurka@morganlewis.com